IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01485-AP

CLYDE E. MEGGINSON,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

# JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Jeannine LaPlace
Law Offices of Binder and Binder, P.C.
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: (212) 677-6801
Fax: (646) 273-2196
fedcourt@binderandbinder.com

For Defendant:
JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Acting Chief, Civil Division
United States Attorney's Office
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
303-844-0815
303-844-0770 Facsimile
Stephanie.kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| **A. Date Complaint Was Filed:** | June 25, 2010 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | July 2, 2010 |
| **C. Date Answer and Administrative Record Were Filed:** | September 13, 2010 |

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD
To the best of her knowledge, Counsel for Plaintiff states that the record is complete and accurate. To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE
The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES
**Counsel for Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS
There are no other matters anticipated.

## 8. BRIEFING SCHEDULE
Counsel for both parties agree to the following proposed briefing schedule, which has been adjusted past the standard 40 days:
**A. Plaintiffs Opening Brief Due:** November 25, 2010
**B. Defendant's Response Brief Due:** December 27, 2010
**C. Plaintiffs Reply Brief (If Any) Due:** January 11, 2011

## 9. STATEMENTS REGARDING ORAL ARGUMENT
**A. Plaintiffs Statement:**
   Plaintiff does not request oral argument.
**B. Defendant's Statement:**
   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE
All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS
THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of September 2010

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:
s/Jeannine LaPlace
Jeannine LaPlace
Law Offices of Binder and Binder, P.C.
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: (212) 677-6801
Fax: (646) 273-2196
fedcourt@binderandbinder.com

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Acting Chief, Civil Division
United States Attorney's Office
District of Colorodo

s/ Stephanie Lynn F. Kiley
Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
303-844-0815
303-844-0770 Facsimile
Stephanie.kiley@ssa.gov